IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02053-LTB-BNB

ROBERT E. HOLZBERLEIN,

Plaintiff,

v.

OM FINANCIAL LIFE INSURANCE COMPANY,

Defendant and Third-Party Plaintiff,

v.

CAROL FISCHBACH,
TIMOTHY HOLZBERLEIN, and
RICHARD HOLZBERLEIN,

Third-Party Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **IM Financial Life Insurance Company's Unopposed Motion to File an Amended Non-Expert Witness List for Insertion into Final Pretrial Order** [docket no. 71, filed October 26, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Exhibit A as the Amended Non-Expert Witness List for inclusion in the Final Pretrial Order, Section 6(A).

DATED:  October 28, 2009