IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02053-LTB-BNB

ROBERT E. HOLZBERLEIN,

Plaintiff,

v.

OM FINANCIAL LIFE INSURANCE COMPANY,

Defendant and Third-Party Plaintiff,

v.

CAROL FISCHBACH,
TIMOTHY HOLZBERLEIN, and
RICHARD HOLZBERLEIN,

Third-Party Defendants.

_____

## ORDER
_____

I am informed that this case has been resolved, subject to one contingency. Accordingly,

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice pursuant to Fed. R. Civ. P. 41(a), if at all, on or before **February 2, 2010**.

Dated January 19, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge