# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02053-LTB-BNB

ROBERT E. HOLZBERLEIN,

    Plaintiff,

v.

OM FINANCIAL LIFE INSURANCE COMPANY,

    Defendant and Third-Party Plaintiff,

v.

RICHARD HOLZBERLEIN,
CAROL FISCHBACH, and
TIMOTHY HOLZBERLEIN,

    Third-Party Defendants.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal of All Claims With Prejudice (Doc 83 - filed February 2, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                  BY THE COURT:

                                                    s/Lewis T. Babcock
                                                    Lewis T. Babcock, Judge

DATED: February 3, 2010